UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CALIFORNIA, STATE OF,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA CORPORATION, et al.,<br><br>Defendants. | 2:23-CV-12348<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2023